# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| KATHERINE RUTAN POLLARD, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | NO. CIV-10-494-HE |
| MILLICENT NEWTON-EMBRY, Warden, | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Katherine Rutan Pollard, a state prisoner appearing *pro se*, instituted this action under 28 U.S.C. § 2254 seeking habeas relief. Consistent with 28 U.S.C. §636(b)(1)(B) and (C), the matter was referred for initial proceedings to Magistrate Judge Valerie K. Couch.

In a thorough Report and Recommendation the magistrate judge rejected the petitioner's claims. Petitioner failed to object to the Report and Recommendation, thereby waiving her right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C).

Accordingly, the court adopts Magistrate Judge Couch's Report and Recommendation and denies the habeas petition.

**IT IS SO ORDERED**.

Dated this 20th day of December, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE